UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DAVID M. SHAPIRO,

                Plaintiff,

-against-

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.
----------------------------------------------------------------X

JUDGMENT
08-CV- 0962 (JG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ JUL - 9 2008 ★

TIME A.M. / P.M. _____

      An Order of Honorable John Gleeson, United States District Judge, having been filed on July 2, 2008, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); remanding plaintiff's claim for further administrative proceedings, including but not limited to a new hearing and issuance of a new decision; and on remand, the Administrative Law Judge will <u>inter alia</u> evaluate the medical evidence with respect to plaintiff's ability to communicate in English; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); that plaintiff's claim is remanded for further administrative proceedings, including but not limited to a new hearing and issuance of a new decision; and that on remand, the Administrative Law Judge will <u>inter alia</u> evaluate the medical evidence with respect to plaintiff's ability to communicate in English.

Dated: Brooklyn, New York
      July 08, 2008

ROBERT C. HEINEMANN
Clerk of Court

By s/Terry Vaughn
    Chief Deputy